IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| OPERATING ENGINEERS LOCAL NO. 147 HEALTH FUND and OPERATING ENGINEERS LOCAL NO. 147 ANNUITY FUND, <br><br> Plaintiffs, <br><br> v. <br><br> FORD PILE FOUNDATIONS, INC., <br><br> Defendant. | NO. 3:11-0565 <br> JUDGE HAYNES |

# ORDER

Upon notice of voluntary nonsuit (Docket Entry No. 10) and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED without prejudice**. Each party shall bear its own costs.

It is so **ORDERED**.

ENTERED this the ___ day of August, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge